UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN THE MATTER OF: )
   WILLIAM BRADLEY WILSON and ) CHAPTER 13
   MICHELLE NIX WILSON, ) CASE NO: 10-10536-SDB
      DEBTOR(S). )

### NOTICE OF MODIFICATION OF PLAN AFTER CONFIRMATION

The Debtor(s) has filed a modification of the plan in this case, as shown on the copy attached hereto.

This modification may result in a reduction of the dividend to unsecured creditors. Secured and priority creditors may also be affected as shown in the modified plan.

Any holder of a secured claim that has accepted or rejected the plan is deemed to have accepted or rejected, as the case may be, the plan as modified, unless the modification provided for a change in the rights of such holder from what such rights were under the plan before modification, and such holder changes such holder's previous acceptance or rejection.

If you have legal grounds to object to the modified plan, or if you wish the Court to consider you views on the plan, you must file a written objection to the modified plan with the Clerk of the Bankruptcy Court before the expiration of twenty-one (21) days from the date stated in the certificate of service.

If you mail your objection to the court, you must mail it early enough so that it will be received within the time referenced above.

Any request for hearing must also be mailed to the moving party.

If a timely request is filed, you will receive notice of the date, time and place of hearing.

If you or your attorney do not take these steps, the Court will decide that you do not oppose the modified plan and will enter an order confirming the plan as modified.

Date: 9-7-11

_____
John P. Wills
Attorney for Debtor(s)

Samuel L. Kay, Clerk
United States Bankruptcy Court
Southern District of Georgia

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In the matter of:

William Bradley Wilson and
Michelle Nix Wilson,
*Debtor(s)*

Case No.: 10-10536-SDB

## MODIFICATION TO CHAPTER 13 PLAN AFTER CONFIRMATION

1. The Debtor(s) hereby modify the plan confirmed previously in this case in the following respects:

    Decrease payments as follows:

    to $280.00 per month

    ☐ Surrender the following property:

    ☒ Other provisions:

    Debtors to remain in a 60 month case with a minimum of a 1% dividend paid to their unsecured creditors.

2. Debtor(s) assert as the basis for the modification the following facts:

    Reduced household income, as shown on Amended Schedules I & J filed with this court.

3. Except as provided herein, all terms of the plan as previously confirmed remain in full force and effect.

9/2/11
*Date*

*Debtor*

*Joint Debtor*

*Revised: April 2, 2009*

CERTIFICATE OF SERVICE

This is to certify that I, John P. Wills, have this day served a true and correct copy of the NOTICE OF MODIFICATION AFTER CONFIRMATION and MODIFICATION TO CHAPTER 13 PLAN AFTER CONFIRMATION filed in the above referenced case upon:

SEE ATTACHED EXHIBIT "A"

by depositing same in the United States Mail with sufficient postage attached therewith to insure proper delivery.

This the 7 day of Sept, 2011.

John P. Wills
Attorney for Debtor(s)

FOWLER & WILLS, LLC
P.O. Box 1620
Thomson, GA 30824
(706) 595-8100

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113J-1<br>Case 10-10536-SDB<br>Southern District of Georgia<br>Augusta<br>Tue Sep 6 12:00:55 EDT 2011 | AMERICAN EXPRESS<br>P.O. BOX 981537<br>EL PASO TX 79998-1537 | (p)AMERICAN GENERAL<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | BAC Home Loans Servicing, LP<br>c/o Barrett Daffin & Frappier, LLP<br>15000 Surveyor Blvd., Ste. 100<br>Addison, TX 75001-4417 | BANK OF AMERICA<br>201 N. TRYON STREET<br>CHARLOTTE NC 28202-2146 |
| BANK OF AMERICA<br>4161 PIEDMONT PARKWAY<br>GREENSBORO NC 27410-8119 | BANK OF AMERICA<br>P.O. BOX 15026<br>WILMINGTON DE 19850-5026 | BANK OF AMERICA<br>P.O. BOX 17054<br>WILMINGTON DE 19850-7054 |
| BANK OF AMERICA<br>P.O. BOX 45144<br>JACKSONVILLE FL 32232-5144 | BETSY J. BURN<br>1320 MAIN ST., 17TH FLOOR<br>P O BOX 11070<br>COLUMBIA SC 29211-1070 | BNC Bank, as successor to<br>Beach First National Bank<br>ATTN: Betsy Johnson Burn<br>Nelson Mullins Riley & Scarborough, LLP<br>P.O. Box 11070<br>Columbia, SC 29211-1070 |
| Bank of America, N.A.<br>P. O. Box 26012<br>NC4-105-03-14<br>Greensboro, NC 27420-6012 | Susan D. Barrett<br>Augusta, GA | Patti H. Bass<br>Bass & Associates, PC<br>3936 E Ft Lowell Rd, Ste 200<br>Tucson, AZ 85712-1083 |
| Beach First National Bank<br>c/o Nelson Mullins Riley & Scarborough<br>201 17th Street, N.W.<br>Suite 1700<br>Atlanta, GA 30363-1099 | Stephen H. Block<br>Levine, Block & Strickland, LLP<br>780 Johnson Ferry Road, Suite 240<br>Atlanta, GA 30342-1434 | Betsy J Burn<br>1320 MainSt., 17th Floor<br>P O Box 11070<br>Columbia, SC 29211-1070 |
| CAPITAL ONE<br>P.O. BOX 30281<br>SALT LAKE CITY UT 84130-0281 | CAPITAL ONE<br>P.O. BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CAPITAL ONE, N.A.<br>2730 LIBERTY AVENUE<br>PITTSBURGH PA 15222-4704 |
| CR Evergreen, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Candica LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Fia Card Services, NA As Successor In Intere<br>Bank of America NA and Mbna America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 | GE Money Bank c/o Recovery Management System<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | GE Money Bank c/o Recovery Management System<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131-1605 |
| GMAC - BANKRUPTCY DEPARTMENT<br>P.O. BOX 5055<br>TROY MI 48007-5055 | GMAC MORTGAGE<br>P.O. BOX 4622<br>WATERLOO IA 50704-4622 | GMAC Mortgage, LLC<br>1100 Virginia Drive<br>P.O. Box 8300<br>Fort Washington, PA 19034-8300 |

Sidney Gelernter
McCurdy & Candler, L.L.C.
3525 Piedmont Road, NE
Building 6, Suite 700
Atlanta, GA 30305-1578

Sidney Gelernter-4
McCurdy & Candler, L.L.C.
3525 Piedmont Road, NE
Building 6, Suite 700
Atlanta, GA 30305-1578

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712-1083

HSBC/YAMAHA
90 CHRISTIANA ROAD
NEW CASTLE DE 19720-3118

HSBC/YAMAHA
P. O. BOX 5253
CAROL STREAM IL 60197-5253

(p)HSBC BANK
ATTN BANKRUPTCY DEPARTMENT
PO BOX 5213
CAROL STREAM IL 60197-5213

JPMorgan Chase Bank N.A.
c/o Johnson & Freedman, LLC
1587 Northeast Expressway
Atlanta, GA 30329-2401

JPMorgan Chase Bank, N.A.,
1587 N.E. Expressway
Atlanta, GA 30329-2401

James Overstreet Jr.
#7 George C. Wilson Court
Augusta, GA 30909-6593

Huon Le
P O Box 2127
Augusta, GA 30903-2127

Brandi Rainey Lesesne
Johnson & Freedman
POB 105312
Mail Stop 23
Atlanta, GA 30348-5312

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/o Capital One
POB 41067
Norfolk VA 23541-1067

QUEENSBOROUGH NATIONAL BANK & TRUST
ATTN:  KATHY COBB
P.O. BOX 390
SANDERSVILLE GA 31082-0390

Byron C. Starcher
Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW
Suite 1700
Atlanta, GA 30363-1099

The Legends Horizontal Property Regime
c/o Bullard and Friedman, LLC
Post Office Drawer 21784
Hilton Head Island, SC 29925-1784

Tides/Driftwoods/Oasis HOA, Inc.
c/o Mullen Mylie, LLC
P.O. Box 1980
Myrtle Beach, SC 29578-1980

Abbey Marie Ulsh
Barrett, Daffin & Frappier, LLP
15000 Surveyor Boulevard, Suite 100
Addison, TX 75001-4417

Mark L. Wilhelmi
Mark L. Wilhelmi, PC
First Bank Building
3527 Wheeler Rd. Suite 401
Augusta, GA 30909-6718

John P. Wills
Post Office Box 1620
Thomson, GA 30824-5620

Michelle Nix Wilson
P O Box 33
Lincolnton, GA 30817-0033

William Bradley Wilson
P O Box 33
Lincolnton, GA 30817-0033

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AMERICAN GENERAL FINANCE
600 N. ROYAL AVENUE
EVANSVILLE IN 47715

(d)CAPITAL ONE
P.O. BOX 85015
RICHMOND VA 23285

HSBC/YAMAHA
P.O. BOX 15524
WILMINGTON DE 19850

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BAC Home Loans Servicing LP as servicing a

(d)BANK OF AMERICA
4161 PIEDMONT PKWY
GREENSBORO NC 27410-8119

(d)Candica LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132

(u)GMAC Mortgage, LLC

(u)The Legends Horizontal Property Regime

(u)Tides/Driftwoods/Oasis HOA, Inc.


End of Label Matrix
Mailable recipients    51
Bypassed recipients     6
Total                  57