IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| WILLIAM B WILSON & MICHELLE N WILSON | ) | Chapter 13 |
| P O BOX 33 | ) | Case No. 10-10536 |
| LINCOLNTON, GA 30817 | ) | |
| | ) | |
| Debtors | ) | |

**TRUSTEE'S OBJECTION TO DEBTORS' MODIFIED PLAN**

COMES NOW, the Chapter 13 Trustee Huon Le, by and through counsel, and objects to the approval of the modified plan filed in the captioned case and in support thereof shows:

1. Debtors' proposed plan was filed March  1, 2010
2. The plan was confirmed on May 10, 2010. At the time of confirmation, it was estimated that unsecured creditors would receive not less than 1.00% of their allowed claims.
3. On September  7, 2011, Debtors proposed a modified plan.
4. Trustee requests a hearing as to the disposable income of Debtors and the purported necessity to modify the confirmed plan.

WHEREFORE, said Trustee objects to the Confirmation of the proposed modification.


/s/ Brent Myer
_____

Brent Myer, Attorney for
Chapter 13 Trustee Huon Le
Georgia Bar No. 435191


**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing document has been forwarded either by electronic or first-class mail, postage prepaid, to the above-named Debtors and the attorney for the Debtors whose name appears below, on the 9th day of September 2011.


/s/ Sherrie Hartley
_____

Office of the Chapter 13 Trustee
Post Office Box 2127
Augusta, Georgia 30903


JOHN P WILLS
ATTORNEY AT LAW
P O BOX 1620
THOMSON, GA 30824

Objection-Confirmation of Modified Plan OBJCONF ECF sh